UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY S. CLAUSELL,

        Petitioner,        Case No. 1:13-cv-526

v.        Honorable Paul L. Maloney

CINDI CURTIN,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to stay (docket #2) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:   June 14, 2013                  /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge