UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY S. CLAUSELL,

        Petitioner,                        Case No. 1:13-cv-526

v.                                             Honorable Paul L. Maloney

CINDI CURTIN,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:   June 14, 2013                              /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                 Chief United States District Judge